UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-TP-100 - UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERTO C. SCULL,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Petition for Warrant or Summons for Offender under Supervision (DE # 3, 3/20/06). This matter was referred to the undersigned by the Honorable Ursula Ungaro, United States District Court Judge for the Southern District of Florida to take all necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the defendant's supervised release/probation should be revoked (DE # 12, 3/11/07). It is recommended that the defendant's supervised release be revoked.

## BACKGROUND

On May 26, 1995, the defendant was sentenced to forty-five (45) months incarceration followed by two (2) years of supervised release for possession of marijuana with intent to distribute. The defendant was subsequently sentenced to

twelve (12) months incarceration followed by one (1) year of supervised release for attempted assault on a correctional officer in the performance of his official duties.

The defendant is charged with six violations of his supervised release as follows:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1. **Violation of Mandatory Condition**, by failing to submit to drug testing. On January 12, 26, and 31, 2006, the defendant failed to submit to drug testing as scheduled per Code-A-Phone.

2. **Violation of Mandatory Condition,** by refusing to submit to drug testing. On January 25, 2006, the defendant was instructed to submit to drug testing and failed to do so.

3. **Violation of Standard Condition,** by failing to follow instructions of the probation officer. On January 16 - 20, and 23, 2006, the defendant failed to call Code-A-Phone as directed.

4. **Violation of Standard Condition,** by failing to participate in an approved treatment program. On or about January 17, 24, and 31, 2006, the defendant failed to attend his scheduled appointment with The Advocate Program and to date, has not satisfactorily participated in treatment as directed.

5. **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about February 13, 2006, the defendant moved from his approved residence of 15150 NE 15th Street, North Miami, Florida and his whereabouts were unknown as of the date of the Petition.

6. **Violation of Standard Condition,** by failing to notify the probation office of a change in employment. On or about February 13, 2006, the defendant left employment with Excel Construction and Design, 12355 NE 13th Avenue, North Miami, Florida, and failed to notify the probation office.

On April 5, 2007, the defendant, Alberto Scull, through counsel, filed Defendant's Notice of Admission admitting to the six aforementioned supervised release violations (DE# 14).

## **RECOMMENDATION**

The undersigned recommends revocation of the defendant's supervised release based on the defendant's admission to violations numbered one through six.

The parties have ten (10) days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Ursula Ungaro, United States District Court Judge. Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F. 2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958, 109 S.Ct. 397 (1988); RTC v. Hallmark Builders, Inc., 996 F. 2d 1144, 1149 (11th Cir. 1993).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this **10th** day of April, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All counsel of record